Louis Holger. Lawful Money **12 USC §411**
dba LOUIS HOLGER EKLUND Inc. BOP#20309-006
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri.
                65801-4000



## In The United States District Court
## For The District Of Alaska

| | |
|---|---|
| **We The People Of The United States;** **Louis Holger.** **Plaintiffs** vs. **Timothy Mark Burgess,** **Gary George Colbath,** **Jonas M. Walker,** Debora M. Smith, Sharon L. Gleason, Bryan Schroder, William Martin Walker, Jahna Lindemuth, **Eric A. Aarseth,** **Sidney Billingslea,** Rich Curtner, **Cynthia Ann Low,** **Carla R. Erickson,** Nicole Norma Stoops, Karen D. Morrison, Veronica P. Driskill, **STATE OF ALASKA OFFICE OF CHILDREN'S SERVICES Inc.,** SEATAC FEDERAL DETENTION CENTER Inc., Warden D. Sproul, Katherine Skillestad-Winans, **UNITED STATES OF AMERICA Inc.,** **Donald John Trump,** **UNITED STATES MARSHALS Inc.,** United States Marshal Ryan. et al. Defendants. | Notice and Claim For Equal Justice Under The Law For Criminal Violations of: 18 USC CHAPTER 77. PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS §1583 <u>Enticement Into Slavery</u>, §1584 <u>Sale Into Involuntary Servitude</u>, §1591 <u>Sex Trafficking Of Children By Force, Fraud Or Coercion</u>;<br><br>18 USC CHAPTER 109A SEXUAL ABUSE. §2243 <u>Sexual Abuse Of A Minor Or Ward</u>, §2244 <u>Abusive Sexual Contact</u>;<br><br>18 USC CHAPTER 110 SEXUAL EXPLOITATION AND OTHER ABUSE OF CHILDREN. §2251 <u>Sexual Exploitation Of Children</u>, §2251A <u>Selling Or Buying Of Children</u>, §2258 <u>Failure To Report Child Abuse</u>;<br><br>18 USC CHAPTER 117 TRANSPORTATION FOR ILLEGAL SEXUAL ACTIVITY. §2423 <u>Transportation Of Minors</u>, §2425 <u>Use Of Interstate Facilities To Transmit Information About A Minor</u>.<br><br>Attachment 1,2,3 (H)<br><br>3:18-CV-00287-SLG<br><br>Case no. |

## Notice / Reservation of Rights

   I, Louis Holger, operating in my official capacity as an **Article III United States Supreme Court Justice,** in this **Article III United States Supreme Court of Record** now reserve all rights granted to me by the **United States Constitution, Alaska State Constitution, The Unanimous Declaration of Independence, The United States Bill of Rights, and the United Nation's Universal Declaration of Human Rights.**

Case 3:18-cv-00287-RRB   Document 1   Filed 12/06/18   Page 1 of 5

# Notice of Claims / Affidavit

I, Inupiaq Prince Louis Holger, operating in my official capacity as a **bona fide, elected not appointed, <u>Article III United States Supreme Court Justice</u>**, in this <u>**Article III United States Supreme Court of Record**</u> state the following:

Attachment 1 is a counterclaim that I filed onto the United States Public Record, via the United States District Court for the District of Alaska on June 11, 2018. This corrent lawsuit, and the entirety of its substance, shall be derived from the entirety of the substance contained in the counterclaim, at attachment 1, filed onto the United States Public Record, via the United States District Court for the District of Alaska on June 11, 2018.

In addition, I will be adding to the substance of this lawsuit, in the form of portions of the UNITED STATES CODE, and the Federal Rules of Civil Procedure to be used as additional authority.

**TITLE 25 UNITED STATES CODE. INDIANS. CHAPTER 5. PROTECTION OF INDIANS. §175. United States Attorneys to represent Indians.**
In all States and Territiries where there are reservations or allotted Indians the United States District Attorney (United States Attorney) shall represent them in all suits at law and in equity.

I, Louis Holger (dba LOUIS HOLGER EKLUND Inc., CUSIP/AUTOTRIS # 574369832. Lawful Money **12 USC §411**) being an enrolled member of the federally recognised tribe **Native Village of Kotzebue**, and a shareholder in the native corporation **NANA REGIONAL CORPORATION Inc.**, now exprcise my right, under 25 USC §175, to be represented by a United States District Attorney, and call upon a United States District Attorney to help protect me, as required by law codified at **25 USC. CHAPTER 5. <u>PROTECTION OF INDIANS §175. United States Attorneys to represent Indians.</u>**

**Federal Rules of Civil Procedure. Title III. Pleadings and motions. Rule 8. General rules of pleading.**
                  **Rule 8. General Rules of Pleading.**
(b) Defenses; Admissions and denials.
    (1) In general. In responding to a pleading, a party must:
        (A) state in short and plain terms its defenses to each claim asserted against it; and
        (B) admit or deny the allegations asserted against it by an opposing party.
    (2) Denials - Responding to the substance. A denial must fairly respond to the substance of the allegation.
    (6) Effect of failing to deny. <u>An allegation</u> - other than one relating to the ammount of damages - <u>is admitted if a responsive pleading is required and the allegation is not denied</u>......
(c) <u>Affirmative defenses.</u>
    (2) Mistaken designation. If a party mistakenly designates a defense as a counterclaim, or a counderclaim as a defense, <u>the court must, if justice requires, treat the pleading as though it were correctly designated.</u>

I, Louis Holger, would like to point out the fact that not only have the counter-defendants failed to respond to the substance of each allegation, but they have all compleetly failed to provide any type of response (other than further violation of my human rights, constitutional rights) what-so-ever. **This is, by their own rules, equal to having admitted to each of the allegations!!!!!**

page 2 of 4

Federal Rules of Civil Procedure. Title II. Commencing an action; Service of process, pleadings, motions, and orders. Rule 4. Summons.
Rule 4. Summons.
**(c) Service.**
   **(3)** By a Marshal or someone specially appointed. At the plaintiff's request, the court may order that service be made by a United States Marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under **28 USC §1915** or as a seaman under **28 USC § 1916**

I, Louis Holger, now exorcise my right granted to me by FRCP Rule 4(c)(3) and request (peacefully demand) that the court serve process on all named defendants, beginning with AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., attornies <u>Timothy Mark Burgess, Gary George Colbath, Jonas M. Walker and United States Marshal Ryan</u>, (United States Marshal Ryan operates out of the United States District Court House located at 222 West 7th Avenue. Anchorage, Alaska. 99513. I have made multiple attempts to get his last name, since I've been falsely imprisoned, and every attempt has failed. I have asked **Gary George Colbath** to provide me with <u>United States Marshal Ryan's</u> last name, and he has not provided it to me). The summons, and the initial complaint (this current document) are by law required to contain the proper seals, and signatures, pursuant with;
**TITLE 28 UNITED STATES CODE. JUDICIARY AND JUDICIAL PROCEDURE. PART V. PROCEDURE. CHAPTER 113 PROCESS. § 1691. Seal and teste of process.**
All writs and process issuing from a court of the United States shall be under the seal of the court and signed by the clerk thereof.

**TITLE 1 UNITED STATES CODE. General Provisions. CHAPTER 2. ACTS AND RESOLUTIONS: FORMALITIES OF ENACTMENT; REPEALS; SEALING OF INSTRUMENTS. §114 Sealing of instruments.**
In all cases where a seal is necessary by law to any commission, process, or other instrument provided for by the laws of Congress, it shall be lawful to affix the proper seal by making an impression therewith directly on the paper to which such seal is necessary, which shall be as valid as if made on wax or other adhesive substance.

AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., attorneys <u>Timothy Mark Burgess, Jonas M. Walker</u> have proven themselves to be orchestrators of **violent pedophilia, violent child molestations, violent child abuse, violent rapes, kidnapping, child human trafficking, child human sex trafficking, human trafficking, human sex trafficking of innocent women, and innocent children, and innocent fathers. <u>United States Marshal Ryan</u> is one of their corrupted, dirty "law enforcement officers" who does their dirty work, and** has proven beyond any reasonable doubt that he is an avid supporter of violent pedophiles, violent child molesters, violent child abusers, and violent rapists, in the business of buying and selling, innocent women and children to be used in commercial sex acts, and <u>**United States Marshal Ryan**</u> has openly, willingly, voluntarilly, and seemingly eagerly chosen to go to great lengths to cover up the kidnapping, child human trafficking, child human sex trafficking, human trafficking, human sex trafficking, violent pedophile, violent child molestation, violent child abuse, and violent raping of innocent women and innocent children scandal that **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION Inc., attorneys Timothy Mark Burgess and Jonas M. Walker** are chief orchestrators of.

# Black's Law Dictionary. Tenth Edition.

**accredited** -
Of a governmental or diplomatic official approved to act as an official representative for one's home country while serving in a foreign country.

**association** -
A gathering of people for a common purpose; the persons so joined.

**registry** -
A place where information used by an organization is kept, esp the official records and lists;....

Based upon the above legal deffinitions, from Black's Law Dictionary Tenth Edition, all **AMERICAN BRITISH ACCREDITED REGISTRY ASSOCIATION INC., attorneys** are British diplomatic officials, representing England / Great Britain, serving here in our nation, gathering for their common purpose, and depositing their written records into their registry.

Their common purpose, has been proven beyond any reasonable doubt, is clearly to orchestrate the rapes of our women and children, and the theft of our nation and our nation's natural resources, all while falsely purporting to be "public servants" of our national government. <u>**THEY ARE NOT Judges!!!!! They are foreign officials!!! Frauds!!! Imposters!!!! False Personaters!!!! Con Artists!!!! Violent pedophiles!!!! Violent child molesters!!!!! VIOLENT CHILD ABUSERS!!!!! VIOLENT RAPISTS!!!!! AND THEY NEED TO BE HELD ACCOUNTABLE!!!!!!**</u>

## Demand For Redress Of Grievance.

I, Louis Holger, demand that all named defendants be immediately taken into custody, for the safety and security of the public. The named defendants have orchestrated violent pedophilia, violent child molestations, violent child abuse, violent rapes, and violent kidnappings, and sold innocent women and innocent children into child sex trafficking, human sex trafficking, corporations, falsely claiming them to be our nation's government agencies. **Corrupted, dirty, cowardly "law enforcement agents" such as United States Marshal Ryan** assist them by doing their dirty work, and covering up the violent sex crimes against humanity. In the name of <u>**Truth, Light, Love, Forgiveness, and In The Best Interest of Justice**</u> I additionally demand that all honorable, courageous, valliant, truthful, just, and moral human beings make a peaceful demand that these individuals be immediately held accountable for the atrocious crimes that they have had perpetrated upon the innocent women, innocent children, and innocent children of our nation. **The People Of the United States!**

I additionally demand that **$1,000,000.00** redeemed in lawful money be paid to <u>**each individual People of the United States**</u>. That is $1,000,000.00 to <u>**each individual.**</u>

I additionally demand **the complete and total reformation of UNITED STATES OF AMERICA Inc.**, and the immediate shutdown of the **FEDERAL RESERVE SYSTEM INC.**, and the complete and total resoration of **Lawful Money** onto the **Global Platorm**.

_Louis Holger_  Nov 30, 2018
Louis Holger,                    Date
Article III United States
Supreme Court Justice
-Galactic Federation of Light

Attachment 2,3 is fully joined to the substance, and body of this lawsuit.
I demand a jury trial.

page 4 of 4

Louis Holger EKLUND 20309-006
United States Medical Center Federal Prisoners
P.O Box 4,000
Springfield, Missouri
65801-4000

United States District Court
For the District of Alaska
222 W. 7th Avenue
Anchorage, Alaska 99513

Legal Mail